UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORETTA PROCTOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:06CV420MLM |
| JANSSEN PHARMACEUTICA, L.P., et al, | ) ) ) |
| Defendant. | ) |

## ORDER

The parties agree that the correct name of defendant Janssen Pharmaceutica, L.P. is Janssen, L.P. All future pleadings shall be denominated as such and the Clerk's Office shall make appropriate changes in the record.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  30th  day of May, 2006